## STATE OF MISSOURI vs. WM. BRYANT.

1. An indictment which alleges that the delinquent sold liquors "to persons to the grand jurors unknown," is supported by the testimony of a person who swears that the defendant sold liquor to him; unless it further appears from the evidence that the grand jury knew the witness to have been, in fact, the unknown person alluded to in the indictment. Hays vs. The State, 13 Mo. Rep., 246.

2. A person indicted for selling liquor without license cannot excuse himself upon the ground that, at the time he did the act, he was in the employ of another person, and sold it as his agent.—Ib.

## APPEAL from Marion Circuit Court.

LACKLAND, for the State.

The special plea filed by the defendant is insufficient in law, and the court, therefore, erred in overruling the demurrer thereto. State vs. Hays and authorities therein cited.

BIRCH, J., delivered the opinion of the court.

The facts and the pleadings in this case being substantially the same as those secondly passed upon in the case of the State vs. Hays, (13 Mo. 276), and the opinion of the court as there rendered remaining unchanged, the judgement of the circuit court is of course reversed and the cause remanded.